

## In re S, L.L.C.

### No. 05–1349.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2005.

### ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## In re Andrew H. HUBER, Louis N. Gastinel, and Pamela J. Bjorkman.

### No. 05–1101.

United States Court of Appeals, Federal Circuit.

Dec. 20, 2005.

Before MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and BRYSON, Circuit Judge.

### PER CURIAM.

Andrew H. Huber, Louis N. Gastinel, and Pamela J. Bjorkman appeal the decision of the United States Patent and Trademark Office, Board of Patent Appeals and Interferences, *Ex Parte Huber*, Appeal No. 07/819,040 (June 30, 2004), which affirmed the rejection of claims 24, 28, 33, and 34 as indefinite under 35 U.S.C. § 112, ¶ 2; and the rejection of claims 1, 6, 16, and 22–35 as lacking an adequate written description under 35 U.S.C. § 112, ¶ 1. We *affirm* on the basis of the board's opinion.